# Anadel Canale P.C.
## Attorney At Law
**anadelcanale1@yahoo.com**

**Long Island Office** (Main Office)

1805 5th Avenue, Suite 8
Bayshore, NY 11706
631-414-7040

**Queens Office**

150-52 14th Avenue, 2nd Fl
Whitestone, NY 11357
718-746-2100

July 12, 2019

United States Eastern District of New York
Bankruptcy Court
560 Cadman Plaza
Brooklyn, NY 11201
Hon. Elizabeth S. Stong

**Debra Kramer Debra Kramer**, PLLC
98 Cutter Mill Road Suite 466 - South
Great Neck, New York 11021

The Margolin & Weinreb Law Group
165 Eileen Way
Suite 101
Syosset NY 11791

Re: 19-43084
Debtor: Ralph W. Bolgehn

Dear Hon. Stong

I have just been retained by the Debtor Ralph W. Bolgehn to assist him with the bankruptcy he field on May 21, 2019.

I will be filing a notice of appearance and making an application to the court to be registered as counsel for this debtor.

I have reviewed his file and am confident I can submit the missing schedules of his petition by Monday. However, I do not have enough time to review the motion to lift the stay and submit a response. I will be requesting a short adjournment so I can properly respond to the motion.

If you have any questions, please do not hesitate to contact me on my cell phone 347-804-3023.

Very truly yours

Anadel Canale